UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASMINE G. JOHNSON,<br><br>Defendant. | Case No. **6:18-PO-5030-JCL**<br><br>VIOLATION: F5362304<br><br>DISPOSITION CODE: PF<br><br>ORDER ACCEPTING<br>PLEA LETTER and<br>VACATING BENCH TRIAL |

Plaintiff's counsel, Tom Bartleson, Assistant U.S. Attorney, submitted a letter to the Court dated October 24, 2018, advising Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notice from $430.00 to $65.00, and Defendant has agreed to forfeit that amount.

**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $65.00, which has been paid in full. The bench trial scheduled for November 14, 2018 at 10:00 a.m. is **VACATED**.

DATED this 7th day of November, 2018.

JEREMIAH C. LYNCH
United States Magistrate Judge